# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **WORLD WIDE STREET PREACHERS' FELLOWSHIP, ET AL.** | **CIVIL ACTION NO. 05-0513** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **TOWN OF COLUMBIA, LOUISIANA** | **MAG. JUDGE JAMES D. KIRK** |

# JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' Motion for Summary Judgment [Doc. No. 34] is DENIED, and Defendant's Motion for Summary Judgment [Doc. No. 32] is GRANTED. Plaintiffs' 42 U.S.C. § 1983 claim is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Summary Judgment on Plaintiffs' request for attorneys' fees under § 1988 is GRANTED.

IT IS FURTHER ORDERED that the preliminary injunction previously ordered on May 5, 2005, is DISSOLVED.

MONROE, LOUISIANA, this 25th day of January, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE